[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-14596
Non-Argument Calendar

_____

D.C. Docket No. 0:17-cr-60186-KMM-1


UNITED STATES OF AMERICA,

Plaintiff - Appellee,


versus


JOHN VINCENT SMITH,

Defendant - Appellant.


_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(September 16, 2020)

Before MARTIN, ROSENBAUM and LUCK, Circuit Judges.

PER CURIAM:

     Kristen Kawass, appointed counsel for John Smith in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Smith, in turn, has filed a motion for appointment of new counsel. Our independent review of the entire record reveals that Kawass's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, Smith's conviction and sentence are **AFFIRMED**, and Smith's motion for appointment of new counsel is **DENIED as MOOT**.